**Affirmed and Opinion Filed August 8, 2018**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-17-00650-CR

**QUINTRICK DELANERO BICKHAM, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F16-76654-H**

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Myers, and Justice Stoddart
Opinion by Chief Justice Wright

Appellant Quintrick Delanero Bickham was indicted for the offense of aggravated robbery with a deadly weapon. A jury found appellant guilty of the lesser-included offense of robbery. During the punishment phase, the trial court found one enhancement paragraph true and sentenced appellant to thirty-five years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*,

436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

Appellant filed a pro se response raising several issues. After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

Do Not Publish
Tex. R. App. P. 47
170650F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

QUINTRICK DELANERO BICKHAM,
Appellant

No. 05-17-00650-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 1, Dallas County, Texas
Trial Court Cause No. F16-76654-H.
Opinion delivered by Chief Justice Wright.
Justices Myers and Stoddart participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered August 8, 2018.